**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

**LEA REICH**, on behalf of herself and
all others similarly situated,

                                                    Plaintiff,

      -against-

**MIDLAND CREDIT MANAGEMENT, INC.,**
**MIDLAND FUNDING, LLC and**
**ENCORE CAPITAL GROUP, INC.,**

                                              Defendants.

-----------------------------------------------------------------x

Civil Action No.:
   1:15-cv-07195-JG-RML

## NOTICE OF MOTION AND MOTION

     **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendant's Motion to Compel Arbitration and supporting affidavits filed contemporaneously herewith, the undersigned attorneys for Defendants, Midland Credit Management, Inc., Midland Funding, LLC and Encore Capital Group, Inc., move this Court for an Order dismissing this action and compelling Plaintiff to submit her claims to individual arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, and for such further relief as the Court may deem just and proper under the circumstances.

New York, New York

Dated: June 10, 2016

Respectfully submitted,

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN, P.C.

By:    *Joseph A. Hess*

Joseph A. Hess (JH 1964)
Attorneys for Defendants
Midland Credit Management, Inc.,
Midland Funding, LLC and
Encore Capital Group, Inc.
88 Pine Street, 21st Floor
New York, New York 10005
(212) 376-6438
JAHess@mdwcg.com